JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD MOTTASHED, | ) | CASE NO. CV 16-1296-CAS (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| JAMES MCDONNELL, SHERIFF, ET AL., | ) ) | |
| Respondents. | ) ) | |

Pursuant to the Order Dismissing Petition filed herewith,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: <u>May 9, 2017</u>.

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

H:\CASNYDER\R&R & Related - 194\Magistrate Orders\LA16CV01296CASPJW-J.wpd